UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

TIMOTHY MICHAEL BRANDON, )
)
    Plaintiff, )
)
v. ) Case No. CV410-183
)
T. WILLIAMS, Warden, Coastal )
State Prison, *et al.*, )
)
    Defendants. )

## REPORT AND RECOMMENDATION

In its May 19, 2011 Order, the Court screened Timothy Michael Brandon's 42 U.S.C. § 1983 amended complaint and directed service on all defendants except defendant Charles Wilcox, who should be **DISMISSED**. Doc. 15. That dismissal recommendation should have been presented to the district judge through a Report and Recommendation (R&R), but by oversight was not. The Clerk is therefore **DIRECTED** to present this R&R, along with a copy of that Order (doc. 15), to the district judge.

**SO REPORTED AND RECOMMENDED** this  24th  day of May, 2011.

/s/ G.R. Smith
_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT of GEORGIA**