FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP -4  AM 11: 15

CLERK_____
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

TIMOTHY MICHAEL BRANDON,      )
                              )
        Plaintiff,            )
                              )
v.                            )        Case No. CV410-183
                              )
THALRONE WILLIAMS, *Warden*,  )
*Coastal State Prison*; RICHARD )
SUMMERS; CYNTHIA RIVERS;      )
and BARBARA PRINCE,           )
                              )
        Defendants.           )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed.   Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

**SO ORDERED** this __4__ day of ___August___, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA